Matthew D. Mellen (Bar No. 233350)
mellenlaw@yahoo.com
Jessica Galletta (Bar No. 281179)
mellenlaw@yahoo.com
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiffs,
SCOT TOWNSEND
SHELLY TOWNSEND


Regina J. McClendon (Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers (Bar No. 261025)
schambers@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone:  (415) 318-8810
Facsimile:   (415) 676-5816

Attorney for Defendants
WELLS FARGO BANK, N.A. AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN
TRUST 2007-1, ASSET-BACKED
CERTIFICATES, SERIES 2007-1 (erroneously
sued as Wells Fargo Bank, N.A.) and
HOMEWARD RESIDENTIAL, INC. (fka
American Home Mortgage Servicing, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOT TOWNSEND, an individual; and SHELLY TOWNSED, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a business entity; AMERICAN HOME MORTGAGE SERVICING, INC., a business entity; and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:12-CV-06150-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING RESPONSE DEADLINES TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

1

## STIPULATION

Plaintiffs SCOT TOWNSEND and SHELLY TOWNSEND ("Plaintiffs") and Defendants WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 (erroneously sued as Wells Fargo Bank, N.A.) and HOMEWARD RESIDENTIAL, INC. (fka American Home Mortgage Servicing, Inc.) ("Defendants"), by and through their counsel of record, stipulate as follows:

WHEREAS, on or about November 5, 2012, Plaintiffs filed a Complaint against Defendant alleging causes of action for breach of the covenant of good faith and fair dealing, promissory estoppel, negligent misrepresentation, violation of Civil Code Sections 2923.5 and 2924, breach of contract, invasion of privacy, violation of Business and Professions Code Section 17200;

WHEREAS, on or about December 4, 2012, Defendants removed this action to the United States District Court - Northern District of California;

WHEREAS, on or about December 11, 2012, Defendants filed a Motion to Dismiss Plaintiffs' Complaint;

WHEREAS, Plaintiffs' response to Defendants' Motion to Dismiss Plaintiffs' Complaint is December 26, 2012 and Defendants' reply is due January 2, 2013;

WHEREAS, the parties have agreed to extend Plaintiffs' time to respond to the Motion to Dismiss Plaintiffs' Complaint until December 27, 2012 and Defendants' reply to January 3, 2012;

IT IS HEREBY STIPULATED THAT Plaintiffs' time to respond to the Motion to Dismiss Plaintiffs' Complaint is extended by one day until December 27, 2012 and Defendant's reply is extended until January 3, 2012.

**SO STIPULATED:**

Dated: December 21, 2012					MELLEN LAW FIRM


							By: */s/ Jessica Galletta*
								Jessica Galletta
								Attorney for Plaintiffs
								SCOT TOWNSEND
								SHELLY TOWNSEND


Dated: December 21, 2012					LOCKE LORD LLP


							By: */s/ Regina McClendon*
								Regina McClendon
								Attorneys for Defendants
							WELLS FARGO BANK, N.A. AS
							TRUSTEE FOR OPTION ONE
							MORTGAGE LOAN TRUST 2007-1,
							ASSET-BACKED CERTIFICATES,
							SERIES 2007-1 (erroneously sued as Wells
							Fargo Bank, N.A.) and HOMEWARD
							RESIDENTIAL, INC. (fka America Home
							Mortgage Servicing, Inc.)

---

3

STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DEADLINES
TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation by and between Plaintiffs and Defendants, Plaintiffs' time to respond to the Motion to Dismiss Plaintiffs' Complaint is extended until December 27, 2012 and Defendant's reply is extended until January 3, 2012

Dated: January 2, 2013

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White

4

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING RESPONSE DEADLINES
TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT