Matthew D. Mellen (Bar No. 233350)
mellenlaw@yahoo.com
Jessica Galletta (Bar No. 281179)
mellenlaw@yahoo.com
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorney for Plaintiffs,
SCOT TOWNSEND
SHELLY TOWNSEND

Regina J. McClendon (Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers (Bar No. 261025)
schambers@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 318-8810
Facsimile: (415) 676-5816

Attorney for Defendants
WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 (erroneously sued as Wells Fargo Bank, N.A.) and HOMEWARD RESIDENTIAL, INC. (fka American Home Mortgage Servicing, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOT TOWNSEND, an individual; and SHELLY TOWNSED, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; AMERICAN HOME MORTGAGE SERVICING, INC., a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:12-CV-06150-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING RESPONSE DEADLINES TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**STIPULATION**

Plaintiffs SCOT TOWNSEND and SHELLY TOWNSEND (ñPlaintiffsò) and Defendants WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 (erroneously sued as Wells Fargo Bank, N.A.) and HOMEWARD RESIDENTIAL, INC. (fka American Home Mortgage Servicing, Inc.) (ñDefendantsò), by and through their counsel of record, stipulate as follows:

WHEREAS, on or about November 5, 2012, Plaintiffs filed a Complaint against Defendant alleging causes of action for breach of the covenant of good faith and fair dealing, promissory estoppel, negligent misrepresentation, violation of Civil Code Sections 2923.5 and 2924, breach of contract, invasion of privacy, violation of Business and Professions Code Section 17200;

WHEREAS, on or about December 4, 2012, Defendants removed this action to the United States District Court - Northern District of California;

WHEREAS, on or about December 11, 2012, Defendants filed a Motion to Dismiss Plaintiffsô Complaint;

WHEREAS, Plaintiffsô response to Defendantsô Motion to Dismiss Plaintiffsô Complaint is December 26, 2012 and Defendantsô reply is due January 2, 2013;

WHEREAS, the parties have agreed to extend Plaintiffsô time to respond to the Motion to Dismiss Plaintiffsô Complaint until December 27, 2012 and Defendantsô reply to January 3, 2012;

IT IS HEREBY STIPULATED THAT Plaintiffsô time to respond to the Motion to Dismiss Plaintiffsô Complaint is extended by one day until December 27, 2012 and Defendantôs reply is extended until January 3, 2012.

**SO STIPULATED:**

Dated: December 21, 2012

MELLEN LAW FIRM

By: */s/ Jessica Galletta*
Jessica Galletta
Attorney for Plaintiffs
SCOT TOWNSEND
SHELLY TOWNSEND

Dated: December 21, 2012

LOCKE LORD LLP

By: */s/ Regina McClendon*
Regina McClendon
Attorneys for Defendants
WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 (erroneously sued as Wells Fargo Bank, N.A.) and HOMEWARD RESIDENTIAL, INC. (fka America Home Mortgage Servicing, Inc.)

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation by and between Plaintiffs and Defendants, Plaintiffsô time to respond to the Motion to Dismiss Plaintiffsô Complaint is extended until December 27, 2012 and Defendantôs reply is extended until January 3, 2012

Dated: January 2, 2013

Honorable Jeffrey S. White