Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers (State Bar No. 261025)
schambers@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Attorneys for Defendants
WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 (erroneously sued as Wells Fargo Bank, N.A.) and HOMEWARD RESIDENTIAL, INC. (fka American Home Mortgage Servicing, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOT TOWNSEND, an individual; and SHELLY TOWNSEND, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; AMERICAN HOME MORTGAGE SERVICING, INC., a business entity; and Does 1 through 100, inclusive<br><br>Defendants. | CASE NO. 3:12-cv-06150-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: July 13, 2012 |

---

1
JOINT STIPULATION AND [PROPOSED] ORDER
*Townsend v. Wells Fargo, et al.*, Case No. 3:12-cv-06150-JSW

Plaintiffs Scot Townsend and Shelly Townsend (collectively, "Plaintiffs") and defendants Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 and Homeward Residential, Inc. (collectively, "Defendants") STIPULATE AND AGREE as follows:

WHEREAS, Plaintiffs filed a Complaint in this action on or about July 13, 2012;

WHEREAS, Defendants removed this action from the Alameda County Superior Court to the United States District Court for the Northern District of California on or about December 4, 2012;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint which is currently set for hearing on May 31, 2013;

WHEREAS, the Initial Case Management Conference in this matter is currently scheduled for May 31, 2013;

WHEREAS, the parties have reached a settlement in this matter and anticipate that the settlement documents will be finalized and executed in approximately 30 – 45 days;

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendants, and subject to the approval of the Court, that:

The May 31, 2013, hearing date is vacated and the hearings on Defendants' Motion to Dismiss and the Initial Case Management Conference are continued to July 26, 2013.

IT IS SO STIPULATED.

Dated: May 24, 2013                    MELLEN LAW FIRM


                                       By: */s/ Sarah Adelaars*
                                       Matthew D. Mellen
                                       Sarah Adelaars
                                       Attorneys for Plaintiffs
                                       SCOT TOWNSEND and SHELLY TOWNSEND

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

Dated: May 24, 2013            LOCKE LORD LLP

By: */s/ Stephanie A. Chambers*
Regina J. McClendon
Stephanie A. Chambers
Attorneys for Defendants
WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 and HOMEWARD RESIDENTIAL, INC.

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: May 24, 2013          By: _____/s/ *Stephanie A. Chambers*_____
                                                   Stephanie A. Chambers

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 29, 2013          _____
                                           Hon. Jeffrey S. White
                                           United States District Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 2400
San Francisco, CA 94104